NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID M. SHIPP,**
*Petitioner,*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent.*

---

2014-3019

---

Petition for review of the Merit Systems Protection Board in No. SF0432070279-C-2.

---

**ON MOTION**

---

## O R D E R

David M. Shipp moves for leave to proceed in forma pauperis and requests the case be held in abeyance.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

2                                                                        SHIPP v. HHS


(2) The request to hold the case in abeyance is denied. The petitioner's brief (form enclosed) is due within 30 days.


                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s24